IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02695-WYD-MEH

MALIBU MEDIA, LLC,

      Plaintiff,

v.

LAWRENCE HUSEMAN,

      Defendant.

---

**MINUTE ORDER**

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 13, 2014.**

     Plaintiff's Motion for Sanctions against Defendant for Spoliation of Evidence [filed November 7, 2014; docket #44] is **denied without prejudice**.  On November 10, 2014, the Court held a settlement conference in this case, and a settlement was reached as to all claims in this action [docket #45].